IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:15-cv-00270-KS

| | |
|---|---|
| RODERICK VONZELL ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's unopposed Motion to Appear by Video Teleconference for the hearing scheduled on Wednesday, October 5, 2016, at 11:00 am, it is hereby ORDERED that Defendant's Motion is GRANTED.

SO ORDERED this 1st day of September 2016.

_____
KIMBERLY A. SWANK
United States Magistrate Judge