IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:15-cv-00270-KS

RODERICK VONZELL ALLEN, )
)
      Plaintiff, )
)
v. )
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security, )
)
      Defendant. )

## ORDER

Upon consideration of Defendant's unopposed Motion to Appear by Video Teleconference for the hearing scheduled on Thursday, November 10, 2016, at 11:45 am, it is hereby ORDERED that Defendant's Motion is GRANTED.

SO ORDERED this __3rd__ day of October, 2016.

_____
KIMBERLY A. SWANK
United States Magistrate Judge