UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

RODERICK VONZELL ALLEN, )
    Plaintiff, )
       )   **JUDGMENT**
v. )
       )   Case No. 7:15-CV-270-KS
NANCY BERRYHILL, )
*Acting Commissioner of Social Security,* )
    Defendant. )

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's Motion for Attorney Fees.

IT IS ORDERED, ADJUDGED AND DECREED that Defendant pay to Plaintiff $6,039.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

This judgment filed and entered on June 26, 2017, with *electronic service* upon:

**Michael Gillespie**
*Counsel for Plaintiff*

**David Mansfield**
*Counsel for Defendant*

                       **PETER A. MOORE, JR.**
                       **CLERK, U.S. DISTRICT COURT**

June 26, 2017                   /s/ *Shelia D. Foell*
                                    (By): Shelia D. Foell, Deputy Clerk